EDWARD TEMENGIL, et al.,              )        CIV. NO. 81-0006
                                      )
            Plaintiffs,               )
                                      )
            vs.                       )        ORDER
                                      )
TRUST TERRITORY OF THE                )
PACIFIC ISLANDS, JANET                )
McCOY, High Commissioner              )
of the Trust Territory of             )
the Pacific Islands, UNITED           )
STATES DEPARTMENT OF THE              )
INTERIOR, JAMES WATT,                 )
Secretary of the Interior,            )
and UNITED STATES OF AMERICA,         )
                                      )
            Defendants.               )
                                      )

O R D E R

The Court filed its Decision on the respective Motions

of the Defendants herein on March 22, 1983. In accordance

therewith:

(1)   the dismissal and summary judgment
      motions by Defendants Trust Terri-
      tory and High Commissioner as to
      Plaintiffs' claims under (a) the
      Trusteeship Agreement, (b) § 1981
      and (c) § 1983 are hereby DENIED;

(2)   the dismissal motion by Defendants
      Trust Territory and High Commissioner
      as to Plaintiffs' claims under
      Title VI and Title VII is GRANTED
      and said claims are hereby DISMISSED;

424

(3) the dismissal motion by Defendants Department of the Interior, Secretary of the Interior and the United States of America as to Plaintiffs' claims under (a) § 1981, (b) § 1983, (c) Title VI, (d) the Equal Protection clause of the Trust Territory Code Bill of Rights and (e) for monetary awards under the Trusteeship Agreement is GRANTED and said claims are hereby DISMISSED;

(4) the dismissal motion by Defendants Department of the Interior, Secretary of the Interior and the United States of America as to Plaintiffs' claim under Title VII is DENIED but their Motion for Summary Judgment is GRANTED; and

(5) the dismissal and summary judgment motions by Defendants Department of the Interior, Secretary of the Interior and the United States of America on Plaintiffs' non-monetary Trusteeship Agreement claim are DENIED.

IT IS SO ORDERED.

DATED this 23rd day of March, 1983.

ALFRED LAURETA
Judge